AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Aftermath Cleaning Company, Inc.

V.

Aftermath, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11302 NG**

TO: (Name and address of Defendant)

Aftermath, Inc.
10200 South Mandel Road
Plainfield, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brenda M. Cotter, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK ...NTON

DATE  6-22-05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/23/2005 |
| NAME OF SERVER (PRINT) Leonard Milligan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand personal upon Lisa Mogan, Secretary, National Registered Agents, Inc., 303 Congress Street, 2nd Floor, Boston, MA 02210

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/2005
           Date                   Signature of Server

6 Beacon Street, Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.