-2-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Aftermath Cleaning Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11302-NG |
| | ) | |
| | ) | |
| Aftermath, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Aftermath, Inc., by and through its undersigned counsel, requests a fourteen (14) day extension of time to answer or otherwise plead to the complaint in this matter whereby a response shall now be due by July 27, 2005. Counsel for Plaintiff, Aftermath Cleaning Company, Inc., has agreed to this extension.

This first extension of time is requested not for delay nor to cause detriment to the opposing party, but to provide counsel with the opportunity to investigate and respond to the allegations in the complaint.

Aftermath, Inc.
By its attorneys

Date: July 12, 2005

Michael A. Hierl
Kathryn E. Garipay
OLSON & HIERL, LTD.
20 N. Wacker Drive
36th Floor
Chicago, IL 60606
(312) 580-1180
(312) 580-1189 (fax)

/S/ Edward F. Perlman
Edward F. Perlman, BBO#394900
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2266
(617) 646-8000
(617) 646-8646 (fax)
EPerlman@wolfgreenfield.com