**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Aftermath Cleaning Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11302-NG |
| | ) | |
| | ) | |
| Aftermath, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ADMIT ATTORNEYS PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Edward F. Perlman, a member in good standing of the bar of this Court, moves the Court to issue an Order permitting Michael A. Hierl and Kathryn E. Garipay to appear on behalf of Defendant Aftermath, Inc. *pro hac vice* and to practice before this Court in the above-titled action.

As stated in the accompanying Certificates of Good Standing, Mr. Hierl and Ms. Garipay are members in good standing of the bars noted in their respective certificates. As further stated in the Certificates of Good Standing, there are no disciplinary actions pending against either of these attorneys, and each is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Copies of the Certificates of Good Standing for Mr. Hierl and Ms. Garipay are attached to this motion.

916495.1

-2-

WHEREFORE, undersigned counsel respectfully moves for the admission of Michael A. Hierl and Kathryn E. Garipay to practice before this Court *pro hac vice*.

Respectfully submitted,

Aftermath, Inc.
By its attorneys

_____/S/ Edward F. Perlman_____
Edward F. Perlman, BBO# 394900
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000
(617) 646-8646 (fax)
eperlman@wolfgreenfield.com

Dated: July 14, 2005

916495.1