UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Aftermath Cleaning Company, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11302-NG |
| ) | |
| Aftermath, Inc., ) | |
| Defendant. ) | |

### CERTIFICATE OF GOOD STANDING

I, Michael A. Hierl, hereby certify as follows:

1. I am a director and shareholder in the law firm of Olson & Hierl, Ltd., which is located at 20 North Wacker Drive, 36th Floor, Chicago, Illinois 60606.

2. I make this certification in support of a motion that I be permitted to appear *pro hac vice* on behalf of Defendant Aftermath, Inc. in the above-captioned matter.

3. I am a member of the bar of the State of Illinois, and I have been admitted to practice in the United States District Court for the Northern District of Illinois, and the United States Courts of Appeals for the Seventh Circuit and the Federal Circuit.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 14, 2005

_____
Michael A. Hierl
OLSON & HIERL, LTD.
20 North Wacker Drive
36th Floor
Chicago, Illinois 60606
(312) 580-1180