UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Aftermath Cleaning Company, Inc., )
)
        Plaintiff, )
)
v. ) Civil Action No. 05-11302-NG
)
Aftermath, Inc., )
        Defendant. )

### CERTIFICATE OF GOOD STANDING

I, Kathryn E. Garipay, hereby certify as follows:

1.     I am a partner with the law firm of Olson & Hierl, Ltd., which is located at 20 North Wacker Drive, 36th Floor, Chicago, Illinois 60606.

2.     I make this certification in support of a motion that I be permitted to appear *pro hac vice* on behalf of Defendant Aftermath, Inc. in the above-captioned matter.

3.     I am a member of the bar of the State of Illinois, and I have been admitted to practice in the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Federal Circuit.

4.     I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.     There are no disciplinary proceedings pending against me in any jurisdiction.

6.     I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 14, 2005

                                            _/s/ Kathryn E. Garipay_
                                            Kathryn E. Garipay
                                            OLSON & HIERL, LTD.
                                            20 North Wacker Drive
                                            36th Floor
                                            Chicago, Illinois 60606
                                            (312) 580-1180