UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Aftermath Cleaning Company, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11302-NG |
| ) | |
| ) | |
| Aftermath, Inc., ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Aftermath, Inc., by and through its undersigned counsel, requests a second extension of time of two (2) days to answer or otherwise plead to the complaint in this matter whereby a response shall now be due by July 29, 2005. Counsel for Plaintiff, Aftermath Cleaning Company, Inc., has agreed to this extension.

A first extension of fourteen (14) days was granted previously. This second brief extension of time is requested to provide Defendant with additional time to review and approve the response to the Complaint and to consult with counsel.

Aftermath, Inc.
By its attorneys

Date: July 27, 2005

Michael A. Hierl
Kathryn E. Garipay
OLSON & HIERL, LTD.
20 N. Wacker Drive
36th Floor
Chicago, IL 60606
(312) 580-1180
(312) 580-1189 (fax)

   /s/ Edward F. Perlman
Edward F. Perlman, BBO# 394900
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2266
(617) 646-8000
(617) 646-8646 (fax)