UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                        )
AFTERMATH CLEANING COMPANY,             )
INC.,                                   )
                                        )    CIVIL ACTION NO. 05-11302 NG
        Plaintiff,                      )
                                        )
v.                                      )
                                        )
AFTERMATH, INC.,                        )
                                        )
        Defendant.                      )
                                        )
```

## AFFIDAVIT OF STEPHEN RAYMOND

I, Stephen R. Raymond, do hereby depose and state as follows:

1.    I own the Kane Funeral Home in Easton, Massachusetts.

2.    On or about March, 2005, I worked with Aftermath Cleaning Company, Inc. ("Aftermath") on a site clean up in Easton, Massachusetts. Prior to that, I was familiar with Aftermath as an established company in Massachusetts.

3.    Based on my work with Aftermath in March 2005, I was very favorably impressed by Michael Wiseman and his company and decided to work exclusively with his company from that point forward.

4.    Sometime prior to March 2005, I got a mailing from "Aftermath" with a magnet. A true and accurate copy of the magnet is attached as Exhibit A. Thinking that the magnet was from the Massachusetts company, Aftermath, I placed it on my file cabinet.

5.    On or about May, 2005, I was called by police to a death scene in Easton.

6.    I suggested to the family that a bio-hazard clean up would be required at the site. When I returned to my office, intending to call Mr. Wiseman's company, Aftermath, I phoned

1

the number on the magnet and gave them the family's number to call. When I told the person with whom I spoke that the site was in Easton, he asked what state that was in. I recall being puzzled by that since I knew that Aftermath was a Massachusetts company.

7.    I did not realize that the company that I phoned was not Michael Wiseman's company, Aftermath until I later spoke with Michael Wiseman and he informed me.

Signed under the pains and penalties of perjury this ___ day of July, 2005.

Stephen R. Raymond

# 1375623 v1 - cotterbm - 025173/0001

2

# **A**ftermath, Inc.

A Professional Cleanup Company Specializing in
- Homicides
- Suicides
- Unattended Deaths

**24-Hour Emergency Dispatch**
**800-366-9923**