UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFTERMATH, INC., <br><br> Defendant. | CIVIL ACTION NO. 05-11302 NG |

### AFFIDAVIT OF MARY LOU WALKER SEITZ

I, Mary Lou Walker Seitz, do hereby depose and state as follows:

1. I am the Director of Tenant Services for State Street Development Management Corp ("State Street"). State Street manages approximately 19 properties in Massachusetts, Rhode Island and Connecticut.

2. State Street has been a client of Aftermath Cleaning Company, Inc. ("Aftermath") since 2001. Over the past 4 years, Aftermath has done approximately 3-4 jobs for State Street.

3. Based on their good service and favorable pricing, I decided some time ago to recommend Aftermath for all of State Street's bio-hazard clean up work. Accordingly, I sent a memorandum to our sites recommending Aftermath in the event of any biohazard cleaning.

4. On or about June 7, 2005, we had an incident at one of our apartment buildings in Hartford, Connecticut requiring bio-hazard clean up. I asked our Regional Property Manager, Shawn Elliott, to call Aftermath.

5. Ms. Elliott called a number for Aftermath that she found on the internet.

1

6. We retained that company for the job believing it to be Michael Wiseman's company, Aftermath Cleaning Company. We did not ask for an estimate for the job in light of our prior experience with Aftermath.

7. When the invoice came in for the job, it was significantly higher than prior bills that we had received from Aftermath. Accordingly, I phoned the company using the number on the invoice to discuss the bill. I believed that I was calling Aftermath Cleaning Company, Inc.

8. I asked for Michael Wiseman and was told that he was not there. I left a message asking for a return call.

9. At that point, we compared the invoice to prior invoices from Aftermath and, for the first time, realized that we may not be dealing with Aftermath Cleaning Company. I was still not sure, however, since I wondered whether Aftermath Cleaning Company might be associated with the other company.

10. At that point, I phoned Michael Wiseman. He explained that his company was not associated with the other company who did the job.

11. It was disturbing to learn that the company that we had retained was not the Aftermath owned by Michael Wiseman.

Signed under the pains and penalties of perjury this 20th day of July, 2005.

_____
Mary Lou Walker Seitz

# 1375236 v1 - cotterbm - 025173/0001

2