UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION NO. 05-11302 NG ) |
| v. | ) ) ) |
| AFTERMATH, INC., | ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF BRENDA M. COTTER

I, Brenda M. Cotter, do hereby depose and state as follows:

1.      Attached hereto as Exhibit A is a true and accurate copy of the United States Patent and Trademark Office ("USPTO") Registration Number 2,706,559 as printed off the USPTO Web Site at www.uspto.gov.

2.      As noted in the record attached as Exhibit A, defendant Aftermath, Inc. applied to federally register the word mark "Aftermath" on February 4, 2002 and alleged a date of first use of April 20, 1999. The mark was registered on April 15, 2003.

3.      Attached hereto as Exhibit B is a letter to the USPTO in connection with the application to register the word mark "Aftermath." It is dated September 25, 2002 and signed by Chris Wilson, President of defendant Aftermath, Inc. I printed this letter off the web site at www.uspto.gov. In the letter, Mr. Wilson asserts that "to the best of [his] knowledge and belief, no other person, firm, corporation, or association has the right to use the mark in commerce, either in identical form thereof or in such near resemblance thereto as to be likely, when used in

1

connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive…"

4.    Attached hereto as Exhibit C is a page printed from www.networksolutions.com showing that Aftermath, Inc. created its web site on October 15, 2002.

Signed under the pains and penalties of perjury this 26th day of July, 2005.

Brenda M. Cotter

# 1375303 v1 - cotterbm - 025173/0001

2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jul 26 04:19:00 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | | CURR LIST | |
|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump to [ ] **Record 2 out of 14**

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **AFTERMATH** |
| **Goods and Services** | IC 040. US 100 103 106. G & S: Decontamination of hazardous material, hazardous material removal and disposal, and property cleanup; decontamination and sanitation of crime and accident scenes. FIRST USE: 19990420. FIRST USE IN COMMERCE: 19990420 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76366432 |
| **Filing Date** | February 4, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 21, 2003 |
| **Registration Number** | 2706559 |
| **Registration Date** | April 15, 2003 |
| **Owner** | (REGISTRANT) Aftermath, Inc. CORPORATION ILLINOIS P.O. Box 6255 Aurora ILLINOIS 605980255 |
| **Attorney of Record** | Theodore M. McGinn |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | | CURR LIST | |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# LAVELLE LEGAL SERVICES, LTD.

ATTORNEYS AND FINANCIAL COUNSELORS

208 SOUTH LA SALLE STREET
SUITE TWELVE HUNDRED
CHICAGO, ILLINOIS 60604-1003
TELEPHONE (312) 332-7555
FACSIMILE (312) 332-4083
WWW.LAVELLELAW.COM

**WEST SUBURBAN:**

1035 SOUTH YORK ROAD
BENSENVILLE, ILLINOIS 60106
TELEPHONE (630) 238-8615

KERRY M. LAVELLE
TIMOTHY M. HUGHES

THEODORE M. McGINN
MATTHEW J. SHEAHIN

**N. W. SUBURBAN:**

2200 W. HIGGINS, SUITE 115
HOFFMAN ESTATES, ILLINOIS 60195
TELEPHONE (847) 882-4224

**NORTH SUBURBAN:**

560 OAKWOOD, SUITE 101
LAKE FOREST, ILLINOIS 60045
TELEPHONE (847) 482-9740

September 24, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
United States Patent and
Trademark Office
Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia   22202-3513
Attn:   James Bruno

> Re:   Serial Number: 76/366432
> Applicant:  Aftermath, Inc.
> Mark:   Aftermath

Dear Mr. Bruno:

As you are aware, we are the attorneys representing Aftermath,
Inc.  On September 3, 2002, you sent notice to our offices concerning
their application for registration of the trademark "Aftermath".
Enclosed is a copy of your correspondence.  We are writing to amend
the prior application in accordance with your correspondence.

## Declaration

The undersigned, being hereby warned that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such
willful false statements may jeopardize the validity of the
application or any resulting registration, declare that I am properly
authorized to execute this application on behalf of the applicant; I
believe the applicant to be the owner of the trademark sought to be
registered; that the mark is in use in commerce and was in use in
commerce on or in connection with the services listed in the
application as of the application filing date; to the best of my
knowledge and belief, no other person, firm, corporation, or
association has the right to use the mark in commerce, either in the
identical form thereof or in such near resemblance thereto as to be

September 25, 2002
Page 2

likely, when used or in connection with the goods/services of such
other person, to cause confusion, or to cause mistake, or to deceive;
and that all statements made of my own knowledge are true and all
statements made on information and belief are believed to be true.

Aftermath, Inc.

By:  Chris Wilson
Its: President

     Should you have any questions, or need any further information
concerning this amendment or the application, please do not hesitate
to contact me.

Sincerely,
LAVELLE LEGAL SERVICES, LTD.

Theodore M. McGinn

TMM:lh
Aftermath, Inc.
1682.002
C158\aftermath3.ltr

**Network Solutions®**

FREE OFFERS    WHOIS    VIEW ORDER    CUSTOMER SERVICE    ( ACCOUNT MANAG

| HOME | REGISTER A DOMAIN | GET WEB HOSTING | BUY A WEB SITE | BUY E-MAIL | PROMOTE YOUR SITE | GROW YOUR BUSINESS | TRANSFER YOUR DOMAIN |

**Get a free domain**
for the life of any annual Web Hosting package  LEARN

## WHOIS SEARCH RESULTS

### aftermathinc.com

**IMAGE NOT AVAILABLE**

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates – Make this site secure
Site Confirm Seals – Become a trusted Web Site

**Registrant:**                                     Make this info private
Aftermath, Inc.
P.O. Box 6255
Aurora, IL 60598-0255
US
Phone: 800-366-9923

**Domain Name:** AFTERMATHINC.COM

**Administrative Contact :**
Aftermath, Inc.
info@3hamms.com
P.O. Box 6255
Aurora, IL 60598-0255
US
Phone: 800-366-9923

**Technical Contact :**
Aftermath, Inc.
3hamms@attbi.com
P.O. Box 6255
Aurora, IL 60598-0255
US
Phone: 800-366-9923
Fax: 123 123 1234

**Record expires on** 15-Oct-2008
**Record created on** 15-Oct-2002
**Database last updated on** 08-Jul-2004

**Domain servers in listed order:**              Manage DNS

NS1.FASTDNS.NET                          66.70.216.113
NS2.FASTDNS.NET                          64.33.120.76

Show underlying registry data for this record

**Current Registrar:**    NETWORK SOLUTIONS, LLC.
**IP Address:**    69.94.32.138  (ARIN & RIPE IP search)

aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc
aftermathinc

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.c

**Search by:**
⦿ Domain Name
○ NIC Handle
○ IP Address

SEAR

**Name you wc
already tak
Make a Certified**

| | |
|---|---|
| **IP Location:** | US(UNITED STATES)-CONNECTICUTT-TRUMBULL |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ:** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 08-Jun-2004 |

**Keyword Alert S**
A **FREE** service to find
the domain you want e

When you register a domain name, current policies require that the contact information for your domain name registrati included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-v automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these term The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to persons in obtaining information about or related to a domain name registration record. Network Solutions does not gua accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise supp transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The co repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network S reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminat access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without lir excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions re right to modify these terms at any time.



Back to top | About Us | Partnerships | Customer Service | Site Map

| Home | Register a Domain | Host Your Web Site | Create a Web Site | Buy E-mail | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |
|---|---|---|---|---|---|---|---|---|---|

Review our Policies, Service Agreement, and Legal Notice
© Copyright 2005 Network Solutions. All rights reserved.

Sec
w