UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> AFTERMATH, INC., ) <br><br> Defendant. ) | CIVIL ACTION NO. 05-11302 NG |

## AFFIDAVIT OF MICHAEL WISEMAN

I, Michael Wiseman, do hereby depose and state as follows:

Introduction

1.     I am the owner of Aftermath Cleaning Company, Inc. ("Aftermath"). Aftermath is a company that specializes in cleaning and restoring bio-hazard sites at trauma and crime scenes. A copy of a recent Boston Globe article about my company is attached as Exhibit A.

2.     I have done business under the distinctive trademark "Aftermath" in Massachusetts, Rhode Island, Connecticut and New Hampshire continuously since 1999.

3.     Most of my business comes from referrals to affected families from local and state police departments, housing authorities, property management companies, hotels, and funeral homes.

4.     The defendant, Aftermath, Inc. ("Defendant") is an Illinois-based company which cleans and restores trauma and crime scenes.

1

5.       The defendant has recently begun to conduct business in Massachusetts, Rhode Island, Connecticut and New Hampshire using the name "Aftermath" in connection with the identical types of services that my company provides.

6.       This activity by the defendant has already caused multiple instances of actual confusion, as detailed herein and in the accompanying affidavits from two of my customers, Mary Lou Walker Seitz of State Street Development Management Corp. and Stephen Raymond of the Kane Funeral Home.

7.       The defendant's use of my trademark has caused irreparable harm to my trademark and business and will continue to cause such harm if the defendant is permitted to continue to use my trademark in Massachusetts, Rhode Island, Connecticut and New Hampshire.

Background

8.       I started Aftermath in 1999. My idea for the company arose from an incident in my own life. My wife's relative died in her home and my family was unable to find anyone to clean up the site. I realized then that this type of business was needed and set about to develop it.

9.       I began promoting my business beginning in or before February 1999. The company was incorporated as Aftermath Cleaning Company, Inc. on August 31, 1999.

10.      Aftermath Cleaning Company has been a member of the American Bio-Recovery Association, a non-profit industry group that offers bio-hazard training and certification, since July 1999.

Selection of the Name and Copying of the Name by Defendant

11.      My wife suggested the name Aftermath to me in February 1999 and I recognized immediately that it was a strong brand name for the types of services that I planned to provide. I began using the name immediately thereafter.

2

12.     On or about September 1999, I attended a conference in Las Vegas produced by the American Bio-Recovery Association ("ABRA"). Tim Reifsteck and Chris Wilson, who began the defendant company, attended that conference but registered for it under the name "After Crime Cleanup, Inc." At the conference, after I introduced my company as "Aftermath Cleaning Company, Inc.," they mentioned to me that they liked the name "Aftermath." After that, they changed their company's name to "Aftermath."

13.     Attached hereto as Exhibit B are relevant pages from the ABRA membership roster as of on or about 1999, which I requested from ABRA. The membership roster shows the defendant's company listed as "Aftercrime Cleanup, Inc." and mine listed as Aftermath Cleaning Company, Inc.

Promotion and Advertising

14.     Beginning in February 1999, I began promoting and doing business as Aftermath in Massachusetts, Rhode Island, Connecticut and New Hampshire.

15.     My activities in February 1999 were primarily word of mouth. I talked with local police and others about starting the business using the name Aftermath.

16.     On March 1, 1999, I set up a local post office box to receive Aftermath's mail. A receipt from the post office, indicating the date on which I set up the post office box, is attached hereto as Exhibit C.

17.     In March 1999, I printed 2,850 flyers displaying the name of my business. A copy of a flier that I distributed in March 1999, as well as a copy of a more detailed color flier which I disturbed beginning in or around early 2000, are attached hereto, respectively, as Exhibit D. I mailed those flyers to every police department, both state and local, and every housing authority in Massachusetts, Connecticut, Rhode Island and New Hampshire.

3

18.     At the same time, I printed over 4,000 business cards, many of which I distributed with the flyers. A copy of a business card is attached as Exhibit E.

19.     I have mailed new flyers and business cards in each of the years from 2000 – 2002 to those same customers and potential customers.

20.     In addition, for the years 1999 – 2003, I spent in excess of $30,000 annually on Yellow Pages advertisements in Massachusetts, Rhode Island and New Hampshire.

21.     Beginning in 2003, I started a new marketing initiative. I began providing 90-minute free bio-hazard training to local and state police departments, local housing authorities, management companies, and trade associations/unions, and provided the attendees with duffle bags, which prominently display the Aftermath name and are filled with bio-hazard gear (e.g. gloves, suits, goggles, etc.) and written materials prominently displaying my trademark. A photograph of the bag is attached hereto as Exhibit F. The duffle bag with gear costs me at least $200 per bag, and I have donated one bag per police cruiser to the state police, as well as the local police departments in approximately 100 towns. In 2003, I spent approximately $100,000 on this effort, and in 2004, I spent approximately $200,000 on this effort. At this point, I have provided these bags, gear, and materials to almost every state police vehicle in Massachusetts and Rhode Island. I also will be distributing the kits in New Hampshire and Connecticut.

22.     I set up a website for Aftermath at www.aftermathcleaning.com on May 26, 2000 and that website has been running continuously since that date.

23.     Since Spring 2003, I have employed a police officer at least two days a week to focus exclusively on networking and promoting my business and services in the New England States.

4

24.     I have also created promotional items with my trade name including, without limitation, hats, t-shirts, fleece jackets, pens and key chains. My employees have been wearing and using this gear since 1999, and I have been distributing these items to police and other customers at job sites in Massachusetts, New Hampshire, Rhode Island and Connecticut since around 1999. Photographs of these items are attached as Exhibit G. I have spent in excess of $30,000 on such items.

25.     My company also uses three trucks which prominently display the Aftermath name on the sides of the truck. Further, we frequently use orange traffic cones with a large sticker containing Aftermath's name to mark off the area around a crime or trauma scene.

26.     There has been significant publicity about my services. In addition to the Boston Globe article attached as Exhibit A, another example of a promotional article is attached as Exhibit H. In addition, my business was profiled on Fox TV News in June 2005.

Customers and Business

27.     My first job in Massachusetts was in March of 1999, my first job in Rhode Island was either in late March 1999 or early April 1999 and my first jobs in Connecticut and New Hampshire were on or near September 1999. Since that time I have worked continuously in each of these states.

28.     In the year 2000, I performed about 200 jobs in these four states. That number has been steadily increasing in each year since then. In 2004 I performed about 650 jobs in those four states. However, in 2005, for the first time, the number of jobs has stayed about level.

Defendant

29.     The defendant, Aftermath, Inc., is an Illinois corporation which, like my company Aftermath, provides trauma and crime scene clean up services.

5

30.    I have been aware of the defendant's existence and its use of the name Aftermath
since 1999, but, until recently, to my knowledge, the defendant did not do business under that
name in Massachusetts, Connecticut, Rhode Island or New Hampshire.

31.    As noted earlier, the defendant did not originally name its company "Aftermath."
It was called After Crime Cleanup, Inc. It appears that defendant changed its name to Aftermath
after seeing my company name in connection with ABRA activities in or near September 1999.

32.    The defendant has apparently mailed both magnets and calendars to customers in
Massachusetts and, on information and belief, Rhode Island, Connecticut and New Hampshire.
A true and accurate copy of the image of each of said items is attached as Exhibit I.

33.    It is important to note that neither the magnet nor the calendar list an address for
the company, and the calendar says, falsely, "locally owned and operated."

34.    As noted below, on multiple occasions, customers have assumed that these
calendars and magnets are from my company.

Actual Confusion

35.    On or about April 2004, I learned for the first time that defendant had performed a
job in Massachusetts using the name "Aftermath."

36.    On or about April 2004, I received a call from a detective handling a violent crime
in Norfolk County asking me for restocking of supplies from the promotional kit I had provided.
Approximately one month later, I heard from an attorney complaining about the clean up job that
I performed at that site. I explained that I had not cleaned up that site.

37.    I spoke later with the state trooper who had spoken with the family at the time of
the incident. He told me that he had run out of business cards, and told the family to call
Aftermath. The family apparently called the wrong Aftermath.

38. After this incident, I phoned Chris Wilson, who stated that he had done the job, sending in a crew from New Jersey. He told me that it wasn't a big job, and referred to me as a small operation. I explained to him that I was not a small operation – I was performing in excess of 500 jobs annually. I left the conversation under the impression that this was an isolated incident and that the other Aftermath (the defendant) was not going to be a presence in the states in which I operate. This impression also was based on the fact that in the past, when customers had accidentally contacted either of our companies looking for the other company (which would happen about once or twice annually), we would refer those calls to each other. I heard nothing more from or about the defendant's operations for at least eight months after that.

39. However, beginning early this year, there have been several instances of actual confusion in connection with defendant's activities.

40. For example, State Street Development Management Company ("State Street") has been a customer of mine since 2001. State Street manages approximately 60-80 properties in Massachusetts, Rhode Island, and Connecticut, and I have performed multiple jobs for them. I was recently informed by Mary Lou Walker Seitz of State Street that her company gave a job to defendant thinking that they were hiring my company.

41. Likewise, my customer Kane Funeral Home referred a matter to the other Aftermath thinking it was my company.

42. Recently, I received a check from Equity Properties, one of my larger clients. I was puzzled by the fact that I could not match it up to any invoice of mine but assumed it was for work that I performed. It turned out that the check was intended for the defendant.

43. During March 2005, I received a call from a Stoughton police officer. He had called what he thought was my company about a job. They told him that the person who they

7

were sending was coming from New Hampshire, and quoted him a four-hour response time. He knew that I typically arrive at the scene within an hour of receiving a call, and thought something was wrong, so he called me directly. It turned out that he had mistakenly called the other Aftermath getting the number off a calendar or magnet he had received in a mailing from the defendant.

44. On or about April 2005, an employee of mine contacted a building manager in Woburn, after hearing about a double homicide in the manager's building. The building manager told my employee that she had received my number from the police, and had just called my office about the job; however, I had not received a call from her. I then received a call from someone who identified himself as Randy MacCurran telling me that he was the regional director of the management company for the building, that his company had a contract with the defendant, and not to call again. I noted that the phone number he was calling from was (630) 330-5341, which I recognized as an Illinois exchange, and which I believe is the defendant's phone number. I then contacted the building manager to explain that she had accidentally contacted the defendant. She seemed very distraught about the situation. I later determined that the police had accidentally given her the defendant's phone number, based on marketing materials that the police had received from the defendant.

45. On or about April 2005, an employee of mine left our brochure at a day care center in Brockton where a violent crime had occurred. Two weeks later we received a call from a friend of the victim, saying that the victim's family had hired an attorney, that she had given our name to him, and that we could expect to hear from him shortly. Later in the day, she contacted me to say that the attorney, Mr. deMello, had already contacted Aftermath based on a phone number he received from the Middleboro Police; however, I had not received a call from

8

Mr. deMello. I later spoke to Mr. deMello, who told me that he had intended to hire my company to do the job. I spoke to the Middleboro Police about the confusion, and they explained that the dispatcher had given Mr. deMello the wrong Aftermath number based on a magnet the dispatcher received from the defendant, which the dispatcher thought was from my company.

46.     On or about June 7, 2005, I received a call from an inspector at the New Jersey Department of the Environmental Protection Agency. She mentioned various violations by "Aftermath," including Aftermath's performing jobs and failing to properly report them to the appropriate government agencies. She mentioned that she had already spoken to Aftermath about these violations. I immediately realized that there must be some confusion, because I do not perform services in New Jersey, and I had never spoken to her before. When I explained this to the inspector, she realized that she had contacted me by accident – she had meant to contact the defendant Aftermath. Even though I do not provide services in New Jersey, I was concerned about this incident, because I am afraid that others' association of my business with that of the defendant could damage the good reputation of my business.

Irreparable Harm

47.     I have invested years of time and substantial funds, well in excess of $300,000, promoting my distinctive trademark Aftermath in Massachusetts, Rhode Island, New Hampshire and Connecticut.

48.     Since defendant has begun doing business in Massachusetts, Connecticut, Rhode Island and New Hampshire using my trademark "Aftermath," I have lost several jobs due to customers being confused about which Aftermath they were dealing with. The name "Aftermath" has already lost some value and association with my business. If this is permitted to

9

continue, the name "Aftermath" will lose its association with my business causing me loss of the years of goodwill I have built in connection with that mark. The defendant's use of my mark has already caused me lost business opportunities and it will continue to do so if defendant is not stopped.

Signed under the pains and penalties of perjury this ___ day of July, 2005.

Michael Wiseman

him, a spokeswoman

ience test
assailed. B6

well-written letter,"
·lman, spokeswoman
)epartment of Educa-
y convincing and it
)int. The commission-
)le man."
. students were told of
ind that they would
the test the next day
ifficials said they could
·hether someone had
the booklets.
ay, Perlman said state
have no reason to sus-
MCAS, Page B6

or families
esidents would be able
/ when they fill out their
nilies with loved ones
nistan or Iraq, under a
·y a legislative commit-

ing banned
town of Brewster, the
has issued a regulation
: 17 and under from
ng beds. e5

# Specializing in a difficult task

## Death scenes cleaned up by technicians unafraid of the gruesome

**By Maria Cramer**
GLOBE STAFF

The news vans were long gone. So were most of the police cars. Authorities had gathered evidence and collected the bodies from the graffiti-stained bunker in the Hingham woods.

All that was left to do on a recent May morning was to clean up the homicide scene.

Three men pulled up their blue jumpsuits and donned their yellow rubber boots. They grabbed plastic bags from the white truck they had parked not far away and made their way down a steep hill to the bunker near Bare Cove Park.

They were from Aftermath Cleaning Co., an Easton-based business that specializes in postmortem scenes. Aftermath is paid well to wade into the most gruesome settings in the city and the suburbs to clean up after homicides, suicides, and accidental deaths.

Sometimes the company removes the squalor left by addicts in crack



GLOBE STAFF PHOTO/BARRY CHIN

**Michael Wiseman (center), owner of Aftermath Cleaning Co., worked with technicians John Janell (left) and Nate Anderson.**

houses, the filth that collects in homes of people who neglect their pets, and the waste that remains after industrial accidents, medical emergencies, and failed suicide attempts. But the

company's specialty is death. At least two-thirds of the 800 to 900 jobs Aftermath takes on in a year involve fatalities, said the company's owner,
**AFTERMATH, Page B7**

*Continued from Page B1*

Michael Wiseman.

His crew of 15 bio-recovery technicians is specially trained to handle blood and to avoid contracting the diseases body fluids can carry. They have to make sure the places they clean are not only spotless, but safe for humans to inhabit.

On May 9, police found the bodies of two homeless men in a defunct World War I ammunition depot on state property near Beal Street. The victims were later identified as William P. Chrapan, 44, and David Lyon, 46. But Aftermath technicians called in to the scene the next day did not particularly care to learn the victims' identities. Disassociation makes the job easier, Wiseman said.

Before they entered the bunker, the Aftermath team members donned white masks and prepared themselves for the inevitable smell. One of them opened a canister, letting loose the sweet odor of disinfectant, and threw it inside the bunker.

The bunker held only scant information about the victims: two pairs of boots, a couple of empty cases of beer, a flattened bag of Lays potato chips, and a beige office chair. Propped against the wall was a framed picture of a blond, bikini-clad model straddling a giant Budweiser bottle. In the middle of the bunker lay a flowered quilt covered in blood.

In about three hours anything stained by death would be gone, said Wiseman, 38. "By the time we're done, it will be the cleanest bunker you've ever seen," he said.

The work is macabre, and, often, so is Wiseman's humor, which surfaced several times during the project in Hingham.

"The floor is moving," he grinned to a nearby police officer, who declined to look at the insects the technicians found in the bunker.

The two Aftermath employees

because it was a hazardous waste," Wiseman said.

Wiseman's wife, Stephanie, the owner of a dance studio, researched the bio-recovery industry, gave Wiseman a book about it, and encouraged him to enter the field.

" 'Yeah, right,' " Wiseman recalled replying. But he soon decided to take her advice. The couple created a business plan, and Wiseman sent out brochures. Stephanie Wiseman came up with the name.

Aftermath's first job, a murder-suicide, took seven hours to clean up.

"I was scrubbing away. I was

> 'Nothing can prepare you for the sadness of how some people can live their lives.'
>
> TIMOTHY RILEY
> *Crime and Death Scene Cleaning in Ipswich*

the job, and you'll never have to do this again,' " Wiseman said. But the fledgling company kept getting more calls, and he decided to stick with it. It is important work, he said.

"Can you imagine, after someone is killed and you can't even think straight," Wiseman said. "And now you have to clean up their remains?"

Not everyone can take it. Wiseman said one of his best employees quit after handling three shotgun suicides in a week. Some employees have needed counseling. Wiseman's 11-year-old son is fascinated by the job, but he hopes his son will have

nothing to do with the business.

"It changes you," he said. "You see the worst in humanity."

Sometimes the worst thing is seeing how some people live, said Timothy Riley, president of Crime and Death Scene Cleaning in Ipswich, which is also registered with the American Bio-Recovery Association.

In 1998, Riley left his job as a science teacher to become a bio-recovery technician after he read a story about the business. He had been an emergency medical technician for 21 years and felt he was ready for the job.

He soon learned he was not.

"My ambulance experience pretty well prepared me for the violence that can be done to a human body, but nothing can prepare you for the sadness of how some people can live their lives," he said.

It is not the kind of work a janitor or regular cleaning service can do, although Kent Berg, founder of the American Bio-Recovery Association, said the industry had grown recently, its ranks burgeoning with companies not qualified to clean up a postmortem scene properly. Many of these companies do not last long in the business, Berg said.

Riley said they fail because they underestimate the demands of the job. The grueling work can take up to 15 hours depending on the job.

"Most of this job is tedious, physically difficult," he said. "When you're washing a scene or decontaminating a scene, you literally have to get every square inch."

*Maria Cramer can be reached at mcramer@globe.com.*



GLOBE STAFF PHOTO/BARRY CHIN

**Michael Wiseman cleaned up a New Bedford apartment.**

# ABRA MEMBERSHIP ROSTER

AA TRAUMA CLEANING SERVICE, INC.          4/98
Joan & Joe Dougherty
2718 North State Road 7, Suite 133
Margate, FL  33063
Toll free 877.521.0078
office 954.973.9502
fax 954.973.8975
aatrauma@aol.com

AFTERCRIME CLEANUP, INC.          4/98
Chris Wilson, Tim Reifsteck
910 Windemere Lane
Aurora, IL  60504
Toll free  800.366.9923
emergency  630.375.1314
fax  773.978.7655
Chris 630.816.1994
Tim  630.375.9778
e-mail:  chrisewilson@earthlink.net

BERG & ASSOCIATES, LLC          founder
Kent & Cheryl Berg
P.O. Box 817
Easley, SC  29641
toll free  888.875.9396
fax 864.855.1185
e-mail:  crimebiz@aol.com

TIDEWATER CLEANING & RESTORATION          founding member
E.J. Bray
4945 Rutherford road, Suite 300
Virginia Beach, VA  23455
office  757.460.1755
fax  757.464.4463
pager  757.587.8765
home  757.464.6012
mobile  757.439.6897
e-mail:  tcrs@pilot.infi.net


TRAUMA SCENE RESTORATION, INC.          prob.  3/99
Cheri Goetchens, Donna Jaconi
8529 Summerdale Ave
Philadelphia, PA  19152
toll free  877.742.4221
emergency  215.745.0440
office 215.742.4221
fax  215.686.1725
e-mail:  traumascn@aol.com


AFTERMATH CLEANING COMPANY, INC.     prob.  9/99
Michael Wiseman
PO Box 463 or 7 Rosewood Dr.
Mansfield, MA 02048
Toll free 800.821.0484
Office 508.337.4284
Fax 508.339.0635
e-mail: mwwiser@MSN

TIDEWATER CLEANING & RESTORATION          founding member
E.J. Bray
4945 Rutherford road, Suite 300
Virginia Beach, VA  23455
office  757.460.1755
fax  757.464.4463
pager  757.587.8765
home  757.464.6012
mobile  757.439.6897
e-mail:  tcrs@pilot.infi.net


TRAUMA SCENE RESTORATION, INC.          prob.  3/99
Cheri Goetchens, Donna Jaconi
8529 Summerdale Ave
Philadelphia, PA  19152
toll free  877.742.4221
emergency  215.745.0440
office 215.742.4221
fax  215.686.1725
e-mail:  traumascn@aol.com


AFTERMATH CLEANING COMPANY, INC.     prob.  9/99
Michael Wiseman
PO Box 463 or 7 Rosewood Dr.
Mansfield, MA 02048
Toll free 800.821.0484
Office 508.337.4284
Fax 508.339.0635
e-mail: mwwiser@MSN

CUSTOMER: Complete Items 15 and 19.    *AFTERMATH CLEANING CO*

**SPECIAL ORDERS**

15. Postmaster:

The following persons, or authorized representatives of the organizations listed are authorized to accept mail addressed to this (these) post office box or caller number(s). Continue on reverse if necessary.

☐ Check if reverse is used.

a. Applicant *(Same as Item 3)*

Michael Wiseman

b. Name of box customer *(Same as Item 1)*

AFTer MaTh Cleaning Co.

c. Other

STephanie P Kemp.

d. Other

CUSTOMER NOTE: Possession of post office box key or combination may be considered by the Postal Service to be valid evidence that possessor is authorized to remove mail from boxes.

19. I have read instructions and will comply

Signature of Applicant *(Same as Item 3)*

PS Form 1093. June 1993        (PART II) APPLICATION FOR POST OFFICE BOX OR CALLER SERVICE

Use separate card for each number or inclusive group of numbers, and

*INSURED AND BONDED*                                      *SERVING THE NEW ENGLAND AREA*



# AFTERMATH CLEANING COMPANY

## *Specializing in Post Mortem Scenes*

Cleaning up biohazardous scenes associated with homicides, suicides, accidental, and natural deaths.

## 24 HOURS, 7 DAYS A WEEK

# TOLL FREE 1-800-821-0484

## What We Do.

We Provide Clients In New England with a cleaning service specializing in the cleaning and waste removal associated with crime scenes, accidents, suicides, fatalities and natural deaths.

## Safety First

Aftermath Cleaning Co. responds to the clean up of biohazardous scenes usually associated with homicides, suicides, accidental and natural deaths. Our primary focus is the clean-up of scenes involving blood, bodily fluids and other biohazardous materials. Our first priority is to eradicate all of the deadly viruses and bacteria. Additional services include the removal of persistent, or reoccurring odors, the removal of contaminated material, and the removal of blood and bodily fluids on carpets and furnishings.

## Quality Service

When arriving at the scene we explain to the family members the entire process. The area is then sealed off, sanitized and prepared for any renovations. Our specially trained technicians help the family by returning the scene to a safe environment. It is a great relief to survivors to have the scene handled professionally, quickly and discreetly. With our service a tremendous burden is lifted off of the family members, and most of our service is covered by the home owners insurance.

## Business Referrals

The majority of our business comes from referrals or word of mouth. We ask that you keep our business cards on file and refer us to families in need. We will make a donation to the charity of your choice with any referrals. Most work is covered by homeowners insurance.

(508) 337-4284 • P.O. BOX 463, MANSFIELD, MA 02048



# AFTERMATH CLEANING COMPANY

Certified Bio-Hazard Technicians

Cleaning and Restoration of Bio-hazardous Situations

Trauma and Crime Scene Specialists

## 508-337-4284
### or
## 1-800-821-0484

24 Hours - 7 Days a Week
www.aftermathcleaning.com

P.O. Box 463, Mansfield, MA 02048

Responding 24 hours a day-7 days a week
Specializing in Trauma and Postmortem Scenes

# AFTERMATH
## CLEANING COMPANY

*Professionalism*

he American Bio-Recovery Association
(BRA) is a national, nonprofit
ganization designed to promote
lucation, proficiency and ethical
andards for bio-recovery services, such
those who perform crime and trauma
ene management. Membership is by
vitation only, following a background
vestigation and agreement by the
oposed member to meet ABRA's
ringent standards. This process serves
prevent all but the most qualified
fessionals from becoming members,
hich helps to protect the general public.
RA ensures that consumers receive the
t possible service from companies
o have sworn to uphold the highest
els of industry performance.



### AFTERMATH
Cleaning Company, Inc.
is an accredited member of the
American Bio-Recovery
Association

# AFTERMATH CLEANING COMPANY

## Who can clean up the aftermath? Who can do it properly?

### What We Do?

**Aftermath Cleaning Company was established to provide clients in New England with cleaning and waste removal associated with crime scenes, accidents, suicides, natural deaths and decompositions.**

**Aftermath Cleaning Company responds quickly to a scene to properly extract, sanitize and disinfect any type of infectious waste such as blood, bodily fluids, matter and tissues.**

**Aftermath Cleaning Company is here to help people comply with the law, protect the general public and make an unfortunate experience a little less traumatic.**

### Our services

- Bio-hazardous clean up, removal and restoration
- 24 Hour immediate response
- Confidential service
- Decontamination and sanitizing
- Odor removal services
- Vehicle decontamination
- OSHA Compliant site technicians
- Certified bloodborne pathogen technicians
- E.P.A. registered chemicals
- Direct insurance billing
- Insured and bonded
- Fully compliant with federal and state regulations

### Frequently Asked Questions

**Q.  Can't I just use my regular cleaning or janitorial service to clean up blood or pathogenic waste?**

A.  Not unless your regular cleaning or janitorial service has been properly certified and equipped to handle bio-hazardous waste such as blood or bodily fluids, and has a legally accepted mechanism in place to dispose of the recovered bio-hazardous waste.

**Q.  Who pays for bio-recovery services?**

A.  In most cases, home, business or auto insurance will pay for bio-recovery services. If the victim of a crime has no insurance, the Crime Victims Board may be in a position to authorize and pay for bio-recovery services.

**Q.  Can I have an employee of my business clean the scene?**

A.  Federal Regulation 29CFR1910.1030 states that no employee can be placed in a position to be exposed to blood spills without first:

1.  Receiving bloodborne pathogen (BBP) training.
2.  Having a written BBP exposure control plan.
3.  Having been provided personal protective equipment.
4.  Having been offered Hepatitis B vaccine, exposure evaluation and follow-up.
5.  Being provided with a method to remove and properly store the bio-hazardous waste in properly marked containers for disposal at an approved site.

Only after these five conditions have been met can an employee be allowed by his or her employer to clean a bio-hazardous crime scene.

# BIO-HAZARD  CRIME SCENE  DO NOT ENTER



*INSURED AND BONDED*     *SERVING THE NEW ENGLAND ARE.*

**24/7**

**AFTERMATH CLEANING COMPANY**

**Specializing in Post Mortem Scenes**

Cleaning up biohazardous scenes associated with homicides, suicides, accidental, natural deaths, communicable disease infection control and medical waste disposal.

**CHIP YEATON**
Law Enforcement Training Consultant

**TOLL FREE 1-800-821-0484** • (508) 337-4284
P.O. BOX 463, MANSFIELD, MA 02048 • www.aftermathcleaning.com



**Biological terrorism**
**Disease outbreaks**
**Drug and needle cleanup**
**Police tear gas/pepper spray**















# Stoughton company cleans up

Mike Wiseman started Aftermath Cleaning Company of Stoughton after his own family suffered a personal tragedy. "We called over 70 cleaning companies to help us. No one did." So Wiseman, with the financial, emotional and physical support of his businesswoman wife, went

## SNYDER'S STOUGHTON

### MARK SNYDER



for 17 months of training to be certified in fields like "blood born pathogen control," "exposure control plans," "air born viruses" and the like. Starting in late-1997, Wiseman started to clean up crime scenes - murders, suicides, shootings, stabbings, and some ugly natural deaths.

"My first real job was an attempted murder-suicide. I remember saying to myself, as I was in this pool of blood, this is not what you want to be doing," Wiseman told Snyder's Stoughton. "But the first week I got three jobs, and I realized the importance of the work. One thing led to another, then another. I'm glad I stuck with it."

Last year, Aftermath did over 200 death scene cleanups, including 47 murder scenes, and 100 suicides. They also handle contaminated

dumpsters, mausoleum spills, and natural deaths.

People's reaction to his work? "I tell them I own a cleaning company. I don't go into detail."

Wiseman tells me that he's seen EVERYTHING. "We've taken seven and a half tons of garbage out of a one and a half room apartment. That was a 53 year old lady. Her family was shocked." Another was in a million dollar neighborhood where a woman had hundreds of cats, with no litterboxes. "There was defecation all over the place. Her toilet didn't work and she used her bathtub as a toilet."

In the earlier days of the company, Mike's dad Al Wiseman helped out at the scene. Now, his dad does much of the paperwork and billing. Al Wiseman is the long-time owner of Stoughton's Central Surplus.

Some of Mike's worst scenarios? "Cancer deaths are bad. People don't go quietly, it can be messy. That's why we're so discreet. We go in the back door, clean up and leave. But the worst thing is decomposition. The body liquefies. That's our most extreme work. We have to tear out rugs, walls, everything. Blood-born viruses can live forever. We need to make sure we get everything."

Mike's seen it all, from bomb victims "blown to bits" to shotgun suicides "where the head blows off."

But the saddest thing he's experi-

enced was a family murder-suicide where two children were victims. "To walk into a child's room and clean up after their murder is hard to take. We all have children and it gets to you."

Aftermath gets most of its cleaning work from referrals. "We do all the Massachusetts State Police vehicles and holding cells." Local police departments and funeral homes know their name and have it handy.

Is there anything positive about the work? "Well, there's a sense that we do a great job and we take much pride in that. It's changed me. Working on so many suicides of young people, it makes you appreciate life. I'm much more easy-going and don't let the small things bother me."

Is it lucrative? "It costs thousands of dollars for the things we use in the cleanup. It all must be disposed of. Everything. Mops, cloths, sponges, vacuums, anything that touches blood or waste. Many times we don't get paid for our work. Some people live in such squalor. In one case, my men and I collected $100 and gave it to the victim's family."

Wiseman has a great sense of pride in the work that Aftermath Cleaning Company does. He also credits the police. "When we get there, the victim is usually removed or on his way out. The police work while the bodies are still there. They have a very

tough job."

OSHA regulates his company and has certified it. Wiseman's crew must be outfitted in outfits that raise their temperature thirty degrees over the outside temp. "We have to take breaks every 45 minutes. It's very difficult work." Difficult, stomach-churning, and certainly not glamorous.

When tragedy strikes, families appreciate having Aftermath Cleaning Company there. It's difficult enough losing a loved one, without dealing with the aftermath. A need was out there, and a Stoughton company has filled it.

Comments on this article? Ideas for future columns? Email or fax!

[Mark Snyder, an international internet and radio broadcaster, is the published author of three books, and CEO of PMPNetwork, Inc. in Stoughton. He serves on the finance committee and as a town meeting member. Former Chairman of the Neponset Valley Chamber of Commerce, Mark can be reached by fax at 344-7207, by email at pmpco @ aol.com or through his website on the Web at pmpnetwork.com. His radio feature, The Entertainment Minute, is heard on 95 stations in 38 states including WMJX-FM 106.7, WPLM (99.1 fm), and WBET 1460 am in our area. Snyder works part-time teaching anger management to Bobby Knight and Carl Everett.]



# *A*ftermath,° Inc.

*A Professional Cleanup Company Specializing in*
- *Homicides*
- *Suicides*
- *Unattended Deaths*

**24-Hour Emergency Dispatch**
**800-366-9923**



# *A*ftermath, Inc.

specialists in crime scene & tragedy cleanup

**A Professional Cleanup Company**
**Specializing in:**
  • **Homicides**
  • **Suicides**
  • **Unattended Deaths**
  • **Meth Labs**

**24-Hour Emergency Dispatch**

# 800-366-9923

**www.aftermathinc.com**
*LOCALLY OWNED AND OPERATED*

## 2005

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

**Aftermath, Inc.**

*specialists in crime scene & tragedy cleanup*

A Professional Cleanup Company
Specializing in:

- Homicides
- Suicides
- Unattended Deaths
- Meth Labs

24-Hour Emergency Dispatch

**800-366-9923**

www.aftermathinc.com
LOCALLY OWNED AND OPERATED

06.22.2005