**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 05-11302-NG |
| AFTERMATH, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Aftermath, Inc., by and through its undersigned counsel, requests an extension of time to respond to Plaintiff's Motion for Preliminary Injunction to twenty-one (21) days after the completion of the last deposition taken in connection with Defendant's Motion for Leave to Take Expedited Discovery, filed concurrently herewith.

As explained further in Defendant's Motion for Leave to Take Expedited Discovery, Defendant is entitled to investigate the factual basis of Plaintiff's allegations in pursuing Plaintiff's Motion for Preliminary Injunction. Defendant cannot fairly and adequately respond to Plaintiff's self-serving allegations until this expedited limited discovery on the underlying support of those statements is complete.

Counsel for Defendant, Michael A. Hierl, discussed this motion with counsel for Plaintiff, Brenda M. Cotter, but no agreement was reached.

Date: August 10, 2005

Respectfully submitted,

Aftermath, Inc.
By its attorneys

/s/ Edward F. Perlman
Edward F. Perlman, BBO#394900
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
(617) 646-8000
(617) 646-8646 (fax)

Michael A. Hierl
Kathryn E. Garipay
OLSON & HIERL, LTD.
20 N. Wacker Drive
36th Floor
Chicago, IL 60606
(312) 580-1180
(312) 580-1189 (fax)