UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFTERMATH, INC., <br><br> Defendant. | CIVIL ACTION NO. 05-11302 NG <br><br><br> JOINT MOTION FOR ENTRY OF *NISI* ORDER |

The parties hereby move for the entry of a *nisi* order allowing thirty (30) days prior to entry of dismissal without prejudice in this action. The parties state that they have reached a settlement but that additional time is required to meet certain conditions and obligations under that agreement.

WHEREFORE, the parties respectfully request that the Court enter a *nisi* order allowing thirty (30) days prior to entry of dismissal without prejudice and without costs.

| AFTERMATH CLEANING COMPANY, INC., | AFTERMATH, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brenda M. Cotter <br> Brenda M. Cotter (BBO #548004) <br> Samantha L. Gerlovin (BBO #) <br> BROWN RUDNICK BERLACK ISRAELS LLP <br> One Financial Center <br> Boston, Massachusetts 02111 <br> (617) 856-8200 | /s/ Michael A. Hierl <br> Edward F. Perlman (BBO #394900) <br> Wolf, Greenfield & Sacks, P.C. <br> 600 Atlantic Ave. <br> Boston, MA 02210-2266 <br> (617) 646-8000 <br><br> - and - <br><br> Michael A. Hierl <br> Kathryn E. Garipay <br> OLSON & HIERL, LTD. <br> 20 N. Wacker Drive, 36th Floor <br> Chicago, IL 60606 |
| Dated: October 3, 2005 | (312) 580-1180 |