## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFTERMATH CLEANING COMPANY<br>Plaintiff<br><br>V.<br><br>AFTERMATH, INC.<br>Defendant | CIVIL ACTION<br><br>NO.   05cv11302NG |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on   10/3/2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

10/18/2005               /s/ JENNIFER FILO
Date                     Deputy Clerk

(Dismissal Settlement.wpd - 12/98)