UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11302 NG

|  |  |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AFTERMATH, INC., | ) ) ) |
| Defendant. | ) ) ) |

JOINT MOTION TO EXTEND *NISI* ORDER

The parties hereby move for the extension of the *nisi* order allowing another thirty (30) days, until December 2, 2005, prior to entry of dismissal without prejudice in this action. The parties state that they have reached a settlement but that additional time is required to meet certain conditions and obligations under that agreement.

WHEREFORE, the parties respectfully request that the Court extend the *nisi* order allowing another thirty (30) days prior to entry of dismissal without prejudice and without costs.

AFTERMATH CLEANING COMPANY, INC.,

By its attorneys,

/s/ Brenda M. Cotter
Brenda M. Cotter (BBO #548004)
Samantha L. Gerlovin (BBO #652389)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

AFTERMATH, INC.,

By its attorneys,

/s/ Michael A. Hierl
Edward F. Perlman (BBO #394900)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Ave.
Boston, MA 02210-2266
(617) 646-8000

- and -

Michael A. Hierl
Kathryn E. Garipay
OLSON & HIERL, LTD.
20 N. Wacker Drive, 36th Floor
Chicago, IL 60606
(312) 580-1180

Dated: October 31, 2005