UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11302 NG

| | |
|---|---|
| AFTERMATH CLEANING COMPANY, INC., )<br>Plaintiff, )<br>v. )<br>AFTERMATH, INC., )<br>Defendant. ) | JOINT MOTION TO<br>EXTEND *NISI* ORDER |

The parties hereby move for the extension of the *nisi* order allowing another fourteen (14) days, until December 16, 2005, prior to entry of dismissal without prejudice in this action. The parties state that they have reached a settlement but that additional time is required for the defendant to meet certain conditions and obligations under that agreement. The defendant expects to fulfill such conditions and obligations by December 16, 2004.

WHEREFORE, the parties respectfully request that the Court extend the *nisi* order allowing another fourteen (14) days prior to entry of dismissal without prejudice and without costs.

| AFTERMATH CLEANING COMPANY, INC., | AFTERMATH, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brenda M. Cotter<br>Brenda M. Cotter (BBO #548004)<br>Samantha L. Gerlovin (BBO #652389)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200 | /s/ Michael A. Hierl<br>Edward F. Perlman (BBO #394900)<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Ave.<br>Boston, MA 02210-2266<br>(617) 646-8000<br><br>- and -<br><br>Michael A. Hierl<br>Kathryn E. Garipay<br>OLSON & HIERL, LTD.<br>20 N. Wacker Drive, 36th Floor<br>Chicago, IL 60606 |
| Dated: December 1, 2005 | (312) 580-1180 |