UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11302 NG

| | |
|---|---|
| AFTERMATH CLEANING COMPANY, INC.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AFTERMATH, INC.,  )<br>  )<br>Defendant.  )<br>  ) | STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Aftermath Cleaning Company, Inc., and the defendant, Aftermath, Inc., hereby submit this stipulation of dismissal, dismissing this case without prejudice and without costs.

| AFTERMATH CLEANING COMPANY, INC., | AFTERMATH, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brenda M. Cotter<br>Brenda M. Cotter (BBO #548004)<br>Samantha L. Gerlovin (BBO #652389)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200 | /s/ Michael A. Hierl<br>Edward F. Perlman (BBO #394900)<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Ave.<br>Boston, MA 02210-2266<br>(617) 646-8000<br><br>- and -<br><br>Michael A. Hierl<br>Kathryn E. Garipay<br>OLSON & HIERL, LTD.<br>20 N. Wacker Drive, 36th Floor<br>Chicago, IL 60606<br>(312) 580-1180 |

Dated: December 15, 2005

# 1391021 v1